# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00940-CV

---

**Nicholas Rashard Harris, Appellant**

**v.**

**Shavona Xaviera Tavarez, Appellee**

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-23-008754, THE HONORABLE DANIELLA DESETA LYTTLE, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Nicholas Rashard Harris has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed on Appellant's Motion

Filed: February 6, 2026